1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   STANLEY GLEASON,                          No.  2:18-cv-0135 MCE CKD P

12                    Plaintiff,

13          v.                                 ORDER

14   R. NEUSCHMID, et al.,

15                    Defendants.

16

17          On June 28, 2018, plaintiff filed a document the court construes as a request for an

18   extension of time to file an amended complaint.  Good cause appearing, IT IS HEREBY

19   ORDERED that:

20          1.  The court's June 5, 2018 findings and recommendations are vacated; and

21          2.  Plaintiff is granted 30 days to file an amended complaint.  Failure to file an amended

22   complaint within 30 days will result in a recommendation that this action be dismissed without

23   prejudice.

24   Dated:  July 3, 2018

25                                             _____
                                               CAROLYN K. DELANEY
26                                             UNITED STATES MAGISTRATE JUDGE

27   1
     glea0135.ext
28