UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| STANLEY GLEASON, | No. 2:18-cv-0135 MCE CKD P |
| Plaintiff, | |
| v. | ORDER |
| R. NEUSCHMID, et al., | |
| Defendants. | |

Plaintiff has filed a motion for an extension of time to file a second amended complaint. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 53) is granted; and

2. Plaintiff is granted thirty days from the date of this order in which to file a second amended complaint. Failure to file a second amended complaint within 30 days will result in a recommendation that this action be dismissed without prejudice.

Dated: January 16, 2019

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/bh
glea0135.36