UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY GLEASON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>R. NEUSCHMID, et al.,<br><br>　　　　　Defendants. | No. 2:18-cv-0135 MCE CKD P<br><br><br>ORDER |

Plaintiff has filed a motion asking that the undersigned recuse herself. The grounds for recusal are identified in 28 U.S.C. § 455. Because plaintiff fails to identify any valid ground for recusal, and the court has no reason to believe one exists, IT IS HEREBY ORDERED that plaintiff's motion (ECF No. 57) is denied.

Dated: February 11, 2019

　　　　　　　　　　　　　　　　　　　　_/s/ Carolyn K. Delaney_
　　　　　　　　　　　　　　　　　　　　CAROLYN K. DELANEY
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1
glea0135.rec