UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY GLEASON,<br><br>        Plaintiff,<br><br>    v.<br><br>R. NEUSCHMID, et al.,<br><br>        Defendants. | No. 2:18-cv-0135 MCE CKD P<br><br><br>ORDER |

Plaintiff has filed a motion asking that the court order officials at Salinas Valley State Prison to provide him with access to the facility law library. However, plaintiff has not indicated why he requires access. Accordingly, plaintiff's motion (ECF No. 56) is denied. Plaintiff may renew his motion as long as he specifically explains why access to the law library is necessary for plaintiff to pursue this action.

Dated: March 18, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
glea0135.ll