UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY GLEASON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>R. NEUSCHMID, et al.,<br><br>　　　　Defendants. | No. 2:18-cv-0135 MCE CKD P<br><br>ORDER |

On December 6, 2018, Plaintiff, a state prisoner proceeding without counsel, filed a request for reconsideration (ECF No. 51) of the Magistrate Judge's order filed November 20, 2018 (ECF No. 48) dismissing Plaintiff's amended complaint with leave to file a second amended complaint. Pursuant to E.D. Local Rule 303(f), a Magistrate Judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the Court finds that it does not appear that the Magistrate Judge's ruling was clearly erroneous or contrary to law.

/////

/////

/////

/////

/////

/////

1

1 | Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the
2 | Magistrate Judge filed November 20, 2018 (ECF No. 48), is AFFIRMED, and Plaintiff is granted
3 | a 30-day extension of time within which to file his second amended complaint.
4 | IT IS SO ORDERED.

Dated: June 11, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE