UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY GLEASON,<br><br>    Plaintiff,<br><br>    v.<br><br>R. NEUSCHMID, et al.,<br><br>    Defendants. | No. 2:18-cv-0135 MCE CKD P<br><br><br>FINDINGS AND RECOMMENDATIONS |

On November 20, 2018, plaintiff's amended complaint was dismissed with leave to file a second amended complaint. The second amended complaint was due July 15, 2019, but plaintiff has not filed a second amended complaint.

Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time /////

/////

waives the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated:  July 26, 2019

                                         /s/ Carolyn K. Delaney
                                         CAROLYN K. DELANEY
                                         UNITED STATES MAGISTRATE JUDGE

1
glea0135.fta