UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY GLEASON, | No. 2:18-cv-0135 MCE CKD P |
| Plaintiff, | |
| v. | ORDER |
| R. NEUSCHMID, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 26, 2019, the magistrate judge filed findings and recommendations (ECF No. 67) herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has filed objections to the findings and recommendations.[1]

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this

---

[1] The magistrate judge recommends dismissal due to plaintiff's failure to file a second amended complaint. In his objections, Plaintiff at least suggests he filed a second amended complaint on May 7, 2019. However, there is nothing on the record suggesting a second amended complaint was ever filed, despite the fact that Plaintiff was given approximately eight months to file one.

1

Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed July 26, 2019 (ECF No. 67), are ADOPTED IN FULL;

2. This action is DISMISSED without prejudice; and

3. The Clerk of the Court is directed to close the case.

IT IS SO ORDERED.

Dated: October 8, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE